
FILED
JAN 27 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA V. TERRY DEMETRIUS BYRD (CRIMINAL COMPLAINT) | Case No. 5:16-MJ-1097-RN <br><br> **Filed Under Seal** |

## ORDER TO SEAL CRIMINAL COMPLAINT AND SUPPORTING DOCUMENTATION

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the affidavit, criminal complaint, arrest warrant, Motion to Seal, and Order to Seal in the above-captioned matter be sealed until such time as unsealing is requested by the United States Attorney and granted by the court.

It is FURTHER ORDERED that the Clerk provide the United States and the Drug Enforcement Administration with a copy of the affidavit, criminal complaint, arrest warrant, and return of service, as well as a copy of the Motion and Order to Seal the same.

Dated: January 27, 2016

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge