UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-1097

UNITED STATES OF AMERICA,      )
                               )
          v.                   )    ORDER TO SEAL
                               )
TERRY DEMETRIUS BYRD           )

Upon motion of the United States, it is hereby ORDERED that
Docket Entry No. 16 and its accompanying order be sealed until such
time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of
the Motion and a signed copy of the Order to the United States
Attorney's Office.

So ordered, this **17** day of **February**, 2016.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE

Case 5:16-cr-00082-F   Document 18   Filed 02/18/16   Page 1 of 1