IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-00082-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRY DEMETRIUS BYRD | ) | |
| | ) | |

This matter is before the court *sua sponte*. On July 12, 2016, Defendant Terry Demetrius Byrd came before the court for sentencing after pleading guilty to one count each of Conspiracy to Distribute and Possess with Intent to Distribute 28 Grams or More of Cocaine Base and Possession of a Firearm and Ammunition by a Felon. The court sentenced Defendant to 80 months' imprisonment, but failed to specify that the sentence imposed applies to each count concurrently. *See* Judgment [DE-36] at 2. The Clerk of Court is hereby DIRECTED to amend the Judgment in this case to reflect a sentence of 80 months' imprisonment on each of Counts 1 and 2, to be served concurrently.

SO ORDERED.

This the 15 day of July, 2016.

JAMES C. FOX
Senior U.S. District Judge